**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-1983**

ANTHONY G. BRYANT,

Plaintiff - Appellant,

v.

SOUTH CAROLINA DEPARTMENT OF TRANSPORTATION COMMISSION;
SOUTH CAROLINA DEPARTMENT OF COMMERCE; SECRETARY OF
TRADE OF SOUTH CAROLINA; SOUTH CAROLINA DEPARTMENT OF
EDUCATION,

Defendants - Appellees.

**No. 19-1984**

ANTHONY G. BRYANT,

Plaintiff - Appellant,

v.

CITY OF CHARLESTON POLICE DEPARTMENT; CHARLESTON COUNTY
SHERIFF'S OFFICE; CHARLESTON COUNTY CONSOLIDATED SCHOOLS;
CITY OF NORTH CHARLESTON POLICE; TOWN OF MOUNT PLEASANT
POLICE; SOUTH CAROLINA LAW ENFORCEMENT DIVISION,

Defendants - Appellees.

---

**No. 19-1985**

---

ANTHONY G. BRYANT,

       Plaintiff - Appellant,

     v.

CITY OF CHARLESTON POLICE DEPARTMENT; CHARLESTON COUNTY SHERIFF'S OFFICE; CITY OF NORTH CHARLESTON POLICE DEPARTMENT; CHARLESTON COUNTY CONSOLIDATED SCHOOLS; CITY OF NORTH CHARLESTON POLICE; TOWN OF MOUNT PLEASANT POLICE; SOUTH CAROLINA LAW ENFORCEMENT DIVISION,

       Defendants - Appellees.

---

**No. 19-1986**

---

ANTHONY G. BRYANT,

       Plaintiff - Appellant,

     v.

SOUTH CAROLINA PUBLIC SERVICE COMMISSION; ATTORNEY GENERAL OF SOUTH CAROLINA; SOUTH CAROLINA PUBLIC SAFETY; SOUTH CAROLINA REAL ESTATE COMMISSION; SOUTH CAROLINA DEPARTMENT OF REVENUE; SOUTH CAROLINA DEPARTMENT OF CORRECTIONS,

       Defendants - Appellees.

---

Appeals from the United States District Court for the District of South Carolina, at Charleston.  Margaret B. Seymour, Senior District Judge.  (2:19-cv-02330-MBS-MGB; 2:19-cv-02183-MBS-MGB; 2:19-cv-02304-MBS-MGB; 2:19-cv-02287-MBS-MGB)

---

Submitted:  January 23, 2019                           Decided:  January 27, 2020

---

Before WYNN, DIAZ, and RICHARDSON, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Anthony G. Bryant, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony G. Bryant seeks to appeal the district court's order orders requiring him to pay the full filing fees for these four civil actions. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2018), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2018); Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The orders that Bryant seeks to appeal are neither final orders nor appealable interlocutory or collateral orders. Accordingly, we deny leave to proceed in forma pauperis and dismiss these appeals for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*